AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Shafique Ahmed, et al

                Plaintiffs,

v.

Richland Holdings, Inc.

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-01925-JCM-DJA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendant and against Plaintiffs. Plaintiffs' complaint is dismissed without prejudice.

6/17/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk