**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
jmoser@maclaw.com
  *Attorneys for Defendant Richland*
  *Holdings, Inc. d/b/a AcctCorp of*
  *Southern Nevada*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAFIQUE AHMED, and MAYRA MUNOZ on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC., d/b/a ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation, and JOHN DOES 1-10<br><br>Defendant. | Case Number: 2:19-cv-01925-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs Shafique Ahmed and Mayra Munoz (together, "Plaintiffs") and Defendant Richland Holdings, Inc. dba AcctCorp of Southern Nevada ("AcctCorp"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On or about July 27, 2020, this Court entered an Order [ECF No. 38], granting Plaintiffs' Motion for Relief from Judgment and to Reopen Case [ECF No. 35], granting Plaintiffs' Motion for Leave to Amend Complaint [ECF No. 29], and denying without prejudice Defendant's Motion for Attorney Fees [ECF No. 27], ordering that Plaintiffs were to file the proposed amended complaint [ECF No. 29-1].

/ / /

MAC:14665-019 4115394_1 8/11/2020 5:16 PM

2. Plaintiffs complied, filing the First Amended Complaint [ECF No. 39] ("FAC") on that same date, July 27, 2020, making AcctCorp's deadline to respond thereto, pursuant to FRCP 15(a)(3), August 10, 2020.

3. The Parties have agreed, by and through counsel, to extend AcctCorp's deadline to the FAC to and including August 21, 2020.

4. This is the first request for such extension and is not made for purposes of delay.

IT IS SO STIPULATED.

Dated this 11th day of August, 2020.

MARQUIS AURBACH COFFING

By: /s/ Jared M. Moser
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant*

Dated this 11th day of August, 2020.

GESUND & PAILET, LLC

By: /s/ Keren E. Gesund
Keren E. Gesund, Esq.
Nevada Bar No. 10881
Richard Small, Esq.
Nevada Bar No. 7183
5550 Painted Mirage Rd., Ste. 320
Las Vegas, NV 89149

HOROWITZ, HOROWITZ, & ASSOCIATES
O. Randolph Bragg, Esq.
Admitted *Pro Hac Vice*
25 E. Washington St., Ste. 900
Chicago, IL 60602

*Attorneys for Plaintiffs*

**ORDER**

IT IS HEREBY ORDERED this 13th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE