**INDEX OF EXHIBITS TO DEFENDANT RICHLAND HOLDINGS, INC. D/B/A ACCTCORP OF SOUTHERN NEVADA'S MOTION FOR FEES**

**Index of Exhibits**

| EXHIBIT | DOCUMENT |
|---|---|
| A | Supplemental Declaration of Donna Armenta, Esq. |
| B | Nov. 3, 2020 Order Granting Summary Judgment Against Ahmed |
| C | Sept. 9, 2020 Order Granting Munoz's Motion to Transfer |
| D | Mar. 4, 2021 Munoz Hearing Minutes |
| E | MAC Combined Invoice |
| F | Declaration of Jared M. Moser, Esq. |