# Exhibit A

Supplemental Declaration of Donna Armenta, Esq.

**SUPPLEMENTAL DECLARATION OF DONNA ARMENTA, ESQ.. IN SUPPORT OF RICHLAND HOLDINGS, INC. DBA ACCTCORP OF SOUTHERN NEVADA'S RENEWED MOTION FOR ATTORNEY FEES**

Donna Armenta, Esq. declares, pursuant to 28 U.S.C. § 1746 and NRS § 53.045, under penalty of perjury, that the following is true and correct:

1. I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2. I am an attorney with Donna Armenta Law, counsel for Defendant Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("Richland") in the cases styled *Richland Holdings, Inc. v. Ahmed*, Case No. 19C003650, in the Las Vegas Justice Court (the "Ahmed Collection Action"), and *Richland Holdings, Inc. v. Munoz*, Case No. 19C009523, originally in the Las Vegas Justice Court and subsequently transferred to the Eighth Judicial District Court of Nevada as Case No. A-20-821637-C (the "Munoz Collection Action").

3. I make this Supplemental Declaration in support of Richland's Renewed Motion for Attorneys' Fees ("Renewed Motion") in this action.

### THE AHMED COLLECTION ACTION

4. On January 30, 2019, Richland filed the Ahmed Collection Action for breach of contract and monies due and owing.

5. The Justice Court granted Richland's motion to dismiss on or about July 11, 2019, and dismissed Mr. Ahmed's counterclaim, which he ultimately brought before this Court on October 31, 2019.

6. Thus, Richland, as RCW's assignee, has been forced to incur attorney's fees in defending this frivolous action in conjunction with collection efforts on Mr. Ahmed's debt to RCW.

7. Richland and Mr. Ahmed proceeded to litigate the state court collection action, and on November 3, 2020, the justice court granted Richland's motion for summary judgment.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

8. A true and accurate copy of the Order Granting Summary Judgment in the Ahmed Collection Action is attached to the Renewed Motion as **Exhibit B**.

9. Then, after Mr. Ahmed's counsel (again, the same attorneys representing Plaintiffs in this matter) moved to enlarge the time to oppose Richland's fees and costs in that case, requiring Richland to file an opposition to that motion to enlarge time. The justice court granted the motion anyway, and then Ahmed and his counsel failed to ever file a motion to retax fees and costs, despite the motion practice they initiated to enlarge their time to do so.

10. Consequently, Richland's motion for attorneys' fees was granted by the justice court, and Richland was awarded $6,000 in attorneys' fees in Ahmed's state court action. Notably, no portion of those fees is being requested here in order to ensure that there is no double recovery.

### THE MUNOZ COLLECTION ACTION

11. On April 1, 2019, Richland filed the Munoz Collection Action for breach of contract and monies due and owing.

12. Ms. Munoz would file an Answer and, later, a "Class Action Counter-Complaint" alleging the same FDCPA violations alleged in this action, to which Richland responded with a Motion to Dismiss based on the Justice Court's lack of subject-matter jurisdiction.

13. In opposing Richland's Motion to Dismiss, Ms. Munoz argued that her "counterclaim arises out of the same transaction or occurrence that is the subject matter of the collection complaint."

14. The Justice Court granted Richland's motion on or about July 30, 2019, and dismissed Ms. Munoz's counterclaim, which she ultimately brought before this Court on October 31, 2019.

15. Thus, Richland, as RCW's assignee, has been forced to defend this frivolous action in conjunction with collection efforts on Ms. Munoz's debt to RCW.

16. Richland and Ms. Munoz proceeded to litigate the state court collection action, in which Ms. Munoz asserted claims against Richland, and third-party claims against RCW, over

MAC:14665-019 4297251_1 3/12/2021 10:40 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

none of which the justice court had jurisdiction, ultimately resulting in a transfer of the entire case to the Eighth Judicial District Court of Nevada.

17. A true and accurate copy of the Order Granting Motion to Transfer is attached to the Renewed Motion as **Exhibit C**.

18. Eventually, on March 4, 2021, the state district court granted Richland's and RCW's respective motions for summary judgment and denied Ms. Munoz's countermotion for summary judgment, deciding that case completely in favor of Richland and RCW, although the order has not yet been finalized.

19. A true and accurate copy of the hearing minutes from the March 4, 2021 hearing on the numerous motions for summary judgment is attached to the Renewed Motion as **Exhibit D**.

Dated this 12th day of March, 2021.

_____
Donna Armenta, Esq.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816