# Exhibit F

Declaration of Jared M. Moser, Esq.

**DECLARATION OF JARED M. MOSER, ESQ.. IN SUPPORT OF RICHLAND HOLDINGS, INC. DBA ACCTCORP OF SOUTHERN NEVADA'S RENEWED MOTION FOR ATTORNEYS' FEES**

Jared M. Moser, Esq. declares, pursuant to 28 U.S.C. § 1746 and NRS § 53.045, under penalty of perjury, that the foregoing is true and correct:

1. I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2. I am an attorney with the law firm of Marquis Aurbach Coffing ("MAC"), counsel for Defendant Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("Richland") in the matter of *Ahmed et al. v. Richland Holdings, Inc. et al.*, Case No. 2:19-cv-01925-JCM-DJA, before this Court.

### QUALITIES OF THE ADVOCATES

3. MAC is AV rated by Martindale-Hubbell and is listed in Martindale-Hubbell's registry of Preeminent Lawyers.

4. Mr. Clement is a Shareholder with MAC, and he earned his Juris Doctor from Southwestern Law School.

5. Prior to joining MAC, he was a law clerk to the Honorable Justice Nancy M. Saitta of the Nevada Supreme Court.

6. He is admitted to practice law in both California and Nevada, and his practice primarily includes general civil and commercial litigation.

7. I am an Associate Attorney with MAC and was responsible for some of the legal services provided in this matter.

8. I began practicing law in Hawai`i in 2011 before I returned to Las Vegas in 2012, where I began serving as law clerk to the Honorable Nancy L. Allf in the Eighth Judicial District Court of Nevada.

9. During my clerkship, I was also admitted to practice law in Nevada courts, in 2013.

MAC:14665-019 4302023_1 3/12/2021 12:36 PM

10. After my clerkship with Judge Allf, I went on to clerk for the Honorable Johnnie B. Rawlinson of the U.S. Court of Appeals for the Ninth Circuit and am now licensed to practice in the Federal District Court for the District of Nevada as well as in the Ninth Circuit Court of Appeals and U.S. Supreme Court.

11. My practice primarily includes general civil and commercial litigation and appellate practice, and I have authored in, and contributed to, local and national legal publications.

12. Mr. Clement and I have defended or are defending a number of cases involving allegations of Fair Debt Collection Practices Act violations against Richland or our other clients.

13. My hourly rates and those of Mr. Clement are, in fact, far below the average for comparably experienced attorneys in firms of comparable size and experience, providing further proof of the reasonableness of the amounts charged.

14. True, accurate, and authentic copies of MAC's billing invoices, redacted to preserve attorney-client privilege and work product content, and to exclude work performed relative to these Plaintiffs' related state court proceedings against Richland, are attached to Richland's Motion as **Exhibit E**.

15. To be clear, the time and corresponding fees incurred that are being sought in the instant Motion are only those relating to MAC's work on the federal litigation, to the extent I was able to review 25 pages of invoicing for the duration of this litigation, and identify to the best of my ability which time entries correspond to which proceedings, state or federal.

16. As demonstrated by those invoices, MAC spent approximately 168.40 total hours litigating this case on behalf of Richland – 95.5 hours of my time and 72.9 hours of Mr. Clement's time – for a total of $49,014.00 in attorney fees – that is, $25,497.50 for my time at $245/hour, increasing to $275/hour at the beginning of 2020, and $23,516.50 for Mr. Clement's time at $305/hour, increasing to $325/hour at the beginning of 2020.

/ / /

/ / /

/ / /

MAC:14665-019 4302023_1 3/12/2021 12:36 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

17. MAC's invoices were reviewed and edited to ensure the fees and costs charged are reasonable, and all of the time and expenses incurred in this case were reasonably and necessarily incurred.

Dated this 12th day of March, 2021.

                                                  /s/ Jared M. Moser
                                                Jared M. Moser, Esq.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14665-019 4302023_1 3/12/2021 12:36 PM